**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02304-SBP

STEVEN MURPHY, and
SARAH MURPHY,
Each Individually and on Behalf of All
Others Similarly Situated,

    Plaintiffs,

v.

DENVER CHILDREN'S HOME,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

    Hillary R. Ross of the law firm Fisher & Phillips LLP hereby enters her appearance as counsel on behalf of Defendant Denver Children's Home in the above-captioned matter.

    Respectfully submitted this 11th day of September, 2024.

    FISHER & PHILLIPS LLP

    *s/ Hillary Ross*
    Hillary Ross, #42215
    Fisher & Phillips LLP
    1125 17th Street, Suite 2400
    Denver, CO 80202
    Tel: (303) 218-3650
    Fax: (303) 218-3651
    hross@fisherphillips.com
    smcconkie@fisherphillips.com

    *Attorneys for Defendant*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joshua J. Sanford
Sean Short
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Kirkpatrick Plaza, Suite 510
Little Rock, AR 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com
ecfnotices@sanfordlawfirm.com
*Attorneys for Plaintiffs*

*s/ Hillary R. Ross*
For Fisher & Phillips LLP

2

FP 52187587.1