IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02304-SBP

SARAH MURPHY,
STEVEN MURPHY, and
Each Individually and on Behalf of All
Others Similarly Situated,

    Plaintiffs,

v.

DENVER CHILDREN'S HOME,

    Defendant.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT

---

Pursuant to D.C.COLO.LCivR 6.1, Defendant Denver Children's Home ("Defendant") hereby files this unopposed Motion for a 21-day extension of time for Defendant to respond to Plaintiffs' Complaint. In support thereof, Defendant states as follows:

### D.C.COLO.LCivR 7.1(a) CERTIFICATION

Undersigned counsel conferred with Plaintiffs' counsel on September 10 and 11, 2024, regarding the relief requested herein. Plaintiffs' counsel stated that Plaintiffs do not oppose.

### UNOPPOSED MOTION FOR EXTENSION OF TIME

1.    On August 21, 2024, Plaintiffs filed their Complaint against Defendant Denver Children's Home.

1

FP 52187590.1

2. Defendant Denver Children's Home was served with the Complaint on August 22, 2024 and, thus, a responsive pleading or responsive filing is due on or before September 12, 2024.

3. The undersigned counsel was very recently retained to represent Defendant. This request for an extension for Defendant to file its response to the Complaint is based on the need for additional time to investigate Plaintiffs' claims so as to analyze an appropriate response.

4. Thus, Defendant requests a 21-day extension of time for Defendant to file its response to Plaintiffs' Complaint, up to and including October 3, 2024.

5. The extension of time will not impact any deadline in this case, and will not prejudice any party. This request is supported by good cause under Fed. R. Civ. P. 6 and is not brought for the purposes of delay or harassment, but in the interest of judicial economy.

6. This is the first extension of time requested by Defendant to respond to the Complaint.

7. Defendant's counsel certifies that, pursuant to D.C.COLO.LCivR. 6.1(c), that a copy of this Motion has been provided to Defendant contemporaneously with the filing of this Motion.

WHEREFORE, for the reasons stated above, Defendant respectfully requests that the Court grant Defendant a 21-day extension of time, up to and including October 3, 2024, for Defendant to respond to Plaintiffs' Complaint.

Respectfully submitted this 11th day of September, 2024.

FISHER & PHILLIPS LLP

*s/ Hillary Ross*
Hillary Ross, #42215

3

                                     Fisher & Phillips LLP
                                     1125 17th Street, Suite 2400
                                     Denver, CO 80202
                                     Tel: (303) 218-3650
                                     Fax: (303) 218-3651
                                     hross@fisherphillips.com
                                     smcconkie@fisherphillips.com

                                   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joshua J. Sanford
Sean Short
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Kirkpatrick Plaza, Suite 510
Little Rock, AR 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com
ecfnotices@sanfordlawfirm.com
*Attorneys for Plaintiffs*

    *s/ Hillary R. Ross*
    For Fisher & Phillips LLP