IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02304-GPG-SBP

STEVEN MURPHY, and
SARAH MURPHY,
Each Individually and on Behalf of All
Others Similarly Situated,

       Plaintiffs,

v.

DENVER CHILDREN'S HOME,

       Defendant.

---

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

---

Plaintiffs Steven Murphy and Sarah Murphy ("Plaintiffs") and Defendant Denver Children's Home ("Defendant") (Plaintiffs and Defendant may be referred to each as a "Party" or collectively as the "Parties"), by and through their respective undersigned counsel, hereby jointly move for entry of the Stipulated Protective Order, submitted as an attachment to this motion, concerning the discovery and use of certain confidential information in this case. As grounds for this motion, the Parties state as follows:

1. Discovery in this action will involve the disclosure of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting or defending this litigation is warranted.

2. To permit the parties to advance their respective positions and still keep confidential information protected from disclosure, the Parties have agreed to the Stipulated Protective Order (the "Protective Order"), which is attached hereto, establishing the procedures to

be followed whenever confidential information is exchanged during discovery or filed in this action.

3.     This Protective Order is needed to ensure fair and efficient completion of discovery while protecting the Parties' and third parties' rights in such confidential, sensitive information and minimizing judicial intervention in the discovery process.

4.     Accordingly, the Parties respectfully jointly move this Court for entry of the attached Protective Order regarding confidential information exchanged in this case.

WHEREFORE, Plaintiffs Steven Murphy and Sarah Murphy and Defendant Denver Children's Home hereby jointly request that the Court enter the proposed Protective Order that is tendered with this motion.

Respectfully submitted this 7th day of November, 2024.

| SANFORD LAW FIRM, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| *s/ Sean Short* | *s/ Hillary R. Ross* |
| Sean Short | Hillary R. Ross |
| Josh Sanford | Stephanie N. McConkie |
| Sanford Law Firm, PLLC | Fisher & Phillips LLP |
| 10800 Financial Centre Pkwy, Suite 510 | 1125 17th Street, Suite 2400 |
| Little Rock, Arkansas 72211 | Denver, CO 80202 |
| Telephone: (800) 615-4946 | Telephone: (303) 218-3650 |
| Facsimile: (888) 787-3040 | Facsimile: (303) 218-3651 |
| sean@sanfordlawfirm.com | hross@fisherphillips.com |
| josh@sanfordlawfirm.com | smcconkie@fisherphillips.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2024, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Sean Short
Josh Sanford
Sanford Law Firm, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com
*Attorneys for Plaintiffs*

                                                */s/ Becky Franson*
                                                For Fisher & Phillips LLP

3

FP 52792286.1