IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:24-cv-02304-GPG-SBP | Date: November 13, 2024 |
| Courtroom Deputy: Stef Jeffries | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| STEVEN MURPHY and SARAH MURPHY, | Sean Short |
| Plaintiffs, | |
| v. | |
| DENVER CHILDREN'S HOME, | Hillary Ross |
| | Stephanie McConkie |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:06 a.m.     Court in session.**

The Court calls the case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): **November 6, 2024**

Joinder of Parties/Amendment to Pleadings: **December 31, 2024**

Discovery Cut-off: **July 31, 2025**

Dispositive Motions Deadline/Deadline for Motions Pursuant to Fed. R. Evid. 702: **September 2, 2025**

Each side shall be limited to **5** depositions, excluding experts. Each deposition shall be limited to 1 day of 7 hours.

Each side shall be limited to **25** interrogatories, including discrete subparts, **25** requests for production, and **25** requests for admission. Interrogatories, requests for production, and requests for admission shall be served by **June 16, 2025.**

Each side shall be limited to **2** retained expert witness, inclusive of rebuttal experts, absent leave of court.
Disclosure of Affirmative Experts: **April 30, 2025**
Disclosure of Rebuttal Experts: **May 30,2025**

**STATUS CONFERENCE**:

None at this time. Future status conferences may be set at the request of the parties or the Court.

**FINAL PRETRIAL CONFERENCE/TRIAL DATE**:

If no summary judgment motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within ten days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference. A Trial Preparation Conference and trial dates will be given to the parties at the Final Pretrial Conference.

**Scheduling Order entered.**

**11:28 a.m.     Court in recess.**

Hearing concluded.
Total in-court time: 22 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.