# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02304-GPG-SBP

STEVEN MURPHY, and
SARAH MURPHY,
Each Individually and on Behalf of All
Others Similarly Situated,

      Plaintiffs,

v.

DENVER CHILDREN'S HOME,

      Defendant.

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiffs Steven Murphy and Sarah Murphy ("Plaintiffs") and Defendant Denver Children's Home ("Defendant"), by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby agree and stipulate that Plaintiffs' Complaint and this entire action is dismissed with prejudice, with each party to bear his, her, or its own costs, expenses, and attorney's fees.

Respectfully submitted this 5th day of September, 2025.

| SANFORD LAW FIRM, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| *s/ Sean Short* | *s/ Hillary R. Ross* |
| Sean Short | Hillary R. Ross |
| Josh Sanford | Stephanie N. McConkie |
| Sanford Law Firm, PLLC | Fisher & Phillips LLP |
| 10800 Financial Centre Pkwy, Suite 510 | 1125 17th Street, Suite 2400 |
| Little Rock, Arkansas 72211 | Denver, CO 80202 |
| Telephone: (800) 615-4946 | Telephone: (303) 218-3650 |
| Facsimile: (888) 787-3040 | Facsimile: (303) 218-3651 |
| sean@sanfordlawfirm.com | hross@fisherphillips.com |

FP 52776355.1

2

josh@sanfordlawfirm.com                    smcconkie@fisherphillips.com

*Attorneys for Plaintiffs*                         *Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2025, a true and correct copy of the foregoing document was served by filing it with the court's electronic-filing system, which shall provide notice and a copy hereof upon all parties.

*s/ Sara Stup*
Sara Stup
FOR FISHER & PHILLIPS LLP
